IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02266-WJM-BNB

ASTRID MARTINEZ,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Notice of Settlement** [docket no.36, filed January 21, 2014], it has come to the attention of the Court that this matter has been resolved.

      IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **February 4, 2014**, or a status report addressing why dismissal has not been accomplished.

      IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**. The **Plaintiff's Motion for an Order Requiring Defendant to File an Answer Compliant with Fed.R.Civ.P. 8** . . . [10] is DENIED AS MOOT.

DATED: January 22, 2014